UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN SHAW,<br><br>                          Plaintiff,<br><br>          -against-<br><br>COLLEGE AVENUE LOAN SERVICES;<br>EXPERIAN INFORMATION SOLUTIONS, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC; and<br>TRANS UNION, LLC,<br><br>                          Defendant(s). | 25-CV-7760 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court issues this Order in response to the letter submitted by Defendant College Avenue Loan Services ("CALS") on December 10, 2025. ECF No. 28. To clarify the Court's previous Order at ECF No. 15: Having been advised at ECF No. 12 that all claims asserted against CALS have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs *as to Defendant CALS*, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The case remains open as to all other Defendants.[1] Those remaining parties were directed to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 3, by December 10, 2025. ECF No. 15. That deadline has now passed. IT IS HEREBY ORDERED that the remaining parties file the joint letter and proposed Civil Case Management Plan and Scheduling Order no later than **December 12, 2025**.

---

[1] The Court notes the Stipulation of Voluntary Dismissal as to Defendant TransUnion, LLC, which was filed today at ECF No. 29. The Court will address that filing separately. Should the Court approve the Stipulation, the remaining Defendants in this case would be Experian Information Solutions, LLC, and Equifax Information Services, LLC.

The initial pretrial conference in this matter remains scheduled for **December 17, 2025**, at **11:00 a.m.** The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 382889241#.

Dated: December 11, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge