**ROBERT L. ARLEO, ESQ. P.C.**
1345 Avenue of the Americas
2nd Floor
New York, New York 10105

Telephone: (212) 551-1115                                    Fax: (518) 751-1801
Email: robertarleo@gmail.com

December 12, 2025

Honorable Jessica G.L. Clarke
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York   10007



Re: Kristen Shaw v.  College Avenue Loan Services et al.
25-cv-07760 (JGLC)

Dear Judge Clarke:

   I write as attorney for Plaintiff Kristin Shaw. I refer to the Order issued by Your Honor yesterday (Dkt. No. 30). Please be advised that Plaintiff has settled her claims against Defendant Trans Union, LLC, with a stipulation of voluntary dismissal filed yesterday (Dkt. No. 29 ) as that settlement has been completed. Plaintiff's settlement with Defendant College Avenue Loan Services, LLC has also been completed. Thus, there will be no need to burden the Court with motions to reopen in regard to these two Defendants.  Plaintiff has also settled her claims against Defendant Experian Information Solutions, LLC. The settlement papers are in the process of being signed. I do not anticipate any issues impeding completion of this settlement.

   Thus, only Plaintiff's claims against Equifax Information Services, LLC (Equifax) remain. I am working on settling those claims with counsel for Equifax. I ask Your Honor to adjourn for 30 days the initial pretrial conference scheduled for December 17, 2025 at 11:00 a.m. Counsel for Equifax joins in the herein adjournment request.

                                        Respectfully submitted,

                                        / s / Robert L. Arleo

                                        Robert L. Arleo

RLA:gra
cc: Plaintiff
    All attorneys of record via ECF

Application GRANTED. The conference scheduled for December 17, 2025, is ADJOURNED *sine die*.
The Clerk of Court is respectfully directed to terminate ECF No. 31. SO ORDERED.

Dated: December 12, 2025
    New York, New York        JESSICA G. L. CLARKE
                              United States District Judge