UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN SHAW,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

25-CV-7760 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties are directed to provide a joint status update no later than **October 8, 2026,** advising the Court as to the status of settlement negotiations.

Dated: October 1, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge